# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Wilkin Radhame Lara,**

    Petitioner,

                                    CIVIL ACTION NO. **1:26-cv-12158-DJC**

V.

**Markwayne Mullin et. al,**

    Respondents.

## ORDER OF DISMISSAL

<u>CASPER, D. J.</u>

In accordance with the Court's Order D. [10] dated June 29, 2026, this case is hereby DISMISSED.

                        By the Court,

<u>June 29, 2026</u>                        <u>/s/ Erika Gutierrez</u>
Date                                   Deputy Clerk